# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2010

Marilyn Kelly,
Chief Justice

140482

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 140482
COA: 294684
Isabella CC: 08-000215-FC

RAMON DEMETRIUS JONES,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the December 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621